EDNA VON R. BLAIR, Appellant, *v.* C. CHESTER DU MOND, as Commissioner of Agriculture and Markets, et al., Respondents.

Submitted March 3, 1952; decided March 13, 1952.

*Sherman S. Rogers* for motion.

No one opposed.

Motion granted.